Joshua R. Jachimowicz, SBN 278316
josh@jachlawgroup.com
Eleno Nunez Gonzalez, SBN 332555
eleno@jachlawgroup.com
JACHIMOWICZ LAW GROUP
1550 The Alameda, Suite 100
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051

Attorneys for Plaintiff
RYAN BERNARDO


Robert J. Wilger, SBN 168402
rwilger@littler.com
Susan T. Ye, SBN 281497
sye@littler.com
Erica Zhao, SBN 341263
erzhao@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando St., 7th Floor
San Jose, California 95113-2431
Tel: (408) 998-4150
Fax: (408) 288-5686


Attorneys for Defendant
INFINERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BERNARDO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>INFINERA CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 3:23-CV-05535-JD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Assigned Judge: Hon. James Donato<br>Location: Courtroom 11 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Ryan Bernardo and Defendant Infinera Corporation hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties; each party to bear its own costs, expenses and fees. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 3, 2024                    JACHIMOWICZ LAW GROUP

　　　　　　　　　　　　　　　　　　　　　　 */s/ Joshua R. Jachimowicz*
　　　　　　　　　　　　　　　　　　　　　　Joshua R. Jachimowicz

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　RYAN BERNARDO

Dated: June 3, 2024                    LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Susan T. Ye*
　　　　　　　　　　　　　　　　　　　　　　Robert J. Wilger
　　　　　　　　　　　　　　　　　　　　　　Susan T. Ye
　　　　　　　　　　　　　　　　　　　　　　Erica Zhao

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　INFINERA CORPORATION

**~~[PROPOSED]~~ ORDER**

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties. The clerk is directed to close the file. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

DATED: June 13, 2024

_____
Hon. James Donato
United States District Judge